No. 95-2524

Augustine Bailey, Debbie Bailey,      *
Laverne Gregory, and                  *
Merle Johnson,                        *
                                      *
        Appellants,                   *
                                      *
                                      *   Appeal from the United States
        v.          *                 District Court for the
                                      *   Eastern District of Arkansas.
Area Agency on Aging of               *
Southeast  Arkansas, Inc.;            *              [UNPUBLISHED]
Bobby Ashcraft, in His Individual     *
and Official Capacity as a            *
Member of Its Board of Directors;     *
Wilson Crain, in His Individual       *
and Official Capacity as a            *
Member of Its Board of Directors;     *
Florene Chadick, in Her Individual*
and Official Capacity as a            *
Member of Its Board of Directors;     *
Nelson Thompson, in His Individual*
and Official Capacity as a            *
Member of Its Board of Directors;     *
Cary Clark, in His Individual         *
and Official Capacity as a            *
Member of Its Board of Directors;     *
James Bennett, in His Individual      *
and Official Capacity as a            *
Member of Its Board of Directors;     *
Paul Fisher, in His Individual        *
and Official Capacity as a            *
Member of Its Board of Directors;     *
and John Clark, in His Individual     *
and Official Capacity as a            *
Member of Its Board of Directors,     *
                                      *
        Appellees.                    *


Submitted:  February 14, 1996

Filed: March 11, 1996

Before BOWMAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

In 1992, the four plaintiffs were fired from their positions as van drivers for the Area Agency on Aging of Southeast Arkansas. They sued the agency and its board of directors in federal district court, alleging a deprivation of constitutional rights by the state. See 42 U.S.C. § 1983.

On motion, the district court granted summary judgment to the defendants in mid-1995, holding that there was no state action by the defendants. The plaintiffs appealed. We have read the briefs, examined the exhibits, considered the district court record, and heard oral argument by the parties. Because we discern no error of law in the record, we affirm the judgment of the district court.[1] See 8th Cir. R. 47B.

A true copy.

Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.